■ STANIO BISTREFF, Respondent, v. LIUBEN BACHVAROV et al., Appellants.— In an action for specific performance of a contract for the purchase and sale of real property, or, in the alternative, for damages, the defendants appeal from an order of the Supreme Court, Suffolk County, entered July 16, 1959, which grants plaintiff's motion for an examination of defendants before trial. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ STANIO BISTREFF, Respondent, v. LIUBEN BACHVAROV et al., Appellants.— In an action for specific performance of a contract for the purchase and sale of real property, or, in the alternative, for damages, the defendants appeal from an order of the Supreme Court, Queens County, entered in Suffolk County on April 30, 1959, denying their motion for a bill of particulars. Order affirmed, with $10 costs and disbursements. (*American Mint Corp.* v. *Ex-Lax*, 260 App. Div. 576; *Mutual Life Ins. Co. of N. Y.* v. *Tailored Woman*, 275 App. Div. 798; *Winterstein* v. *Mauntner*, 284 App. Div. 962.) Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ SOFI CHRISTENSEN, Appellant, v. JOHN HAUGLAND et al., Respondents.— In an action to recover damages for personal injuries, the plaintiff appeals from two orders: (1) an order of the Supreme Court, Nassau County, entered April 23, 1959, denying her motion, made pursuant to rule 15 of the Nassau County Supreme Court Rules, to place the action on the Ready Day Calendar for retrial; and (2) an order of the Supreme Court, Queens County, entered in Nassau County on June 9, 1959, denying her motion for summary judgment striking out defendants' answer. Orders affirmed, with one bill of $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ JOSEPH W. ERLWEIN, Appellant, v. WILLIAM H. CANTEY et al., Defendants, and VERA WALLS et al., Respondents.—In an action under article 15 of the Real Property Law to bar defendants from any claim in land purchased by plaintiff at a sale for unpaid taxes, the plaintiff appeals from an order of the Supreme Court, Nassau County, entered February 8, 1960, which, *inter alia*, denies his motion for summary judgment, striking out the answer of the defendant R. W. Wallace, Jr., Inc.; denies plaintiff's motion for renewal of his said motion for summary judgment; and grants the cross motion of the defendant Vera Walls to the extent of substituting her as a party defendant in place of the defendant R. W. Wallace, Jr., Inc. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ., concur; Christ, J., not voting.